UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANQI, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>BAO BEI MATERNITY, and<br>SUZANNE KOVAL,<br><br>                Defendant. | Case No. 17-cv-5759-WHO<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

      IT IS HEREBY STIPULATED AND ORDERED that subject to the terms of a confidential settlement agreement made of record during a settlement conference before Magistrate Judge Beeler on April 3, 2019, all claims and counterclaims asserted by the parties in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and attorney's fees. The parties shall also enter into a formal written settlement agreement confirming the terms of the April 3, 2019 settlement agreement made on the record.

      IT IS FURTHER STIPULATED AND ORDERED that this Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement.

SO STIPULATED

Dated: May 31, 2019

By: /s/ Gregory S. Gewirtz
    Gregory S. Gewirtz
    Lerner, David, Littenberg, Krumholz
     & Mentlik LLP
    600 South Avenue West
    Westfield, NJ 07090
    Tel.: 908.654.5000
    Fax: 908.654.7866
    Email: ggewirtz@lernerdavid.com
        litigation@lernerdavid.com

*Attorneys for Plaintiff, Blanqi, LLC*

By: /s/ Michael James Cronen
    Michael James Cronen
    Zimmerman & Cronen
    2930 Camino Diablo, Suite 100-C
    Walnut Creek, CA 94597-3986
    Tel: 510.465.0828
    Fax: 510.465.2041
    Email: mcronen@zimpatent.com

*Attorneys for Defendants, Bao Bei Maternity and Suzanne Koval*

SO ORDERED THIS 3rd day of June, 2019.

_____
William H. Orrick
United States District Judge